IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ZERAHZHE AUTHENTIC TATE**                                                                      **PLAINTIFF**

V.                                             **CASE NO. 5:24-CV-5093**

**OFFICER J. JACKSON;**
**SPECIAL AGENT DEVITO; and**
**JOHN OR JANE DOE OFFICERS OR AGENTS #1 TO #3**                      **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 7) filed in this case on May 13, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, **IT IS ORDERED** that Plaintiff's claims are **ADMINISTRATIVELY STAYED** until his criminal case has been resolved in Washington County Circuit Court. Plaintiff has thirty (30) days from the resolution of his criminal case in Washington County to notify this Court if he desires to reopen this matter. In the meantime, the Clerk is directed to **CLOSE THE CASE**.

**IT IS SO ORDERED** on this 3rd day of June, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE