IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ZERAHZHE AUTHENTIC TATE**                                                         **PLAINTIFF**

V.                                  **CASE NO. 5:24-CV-5093**

**JOSH JACKSON**                                                                            **DEFENDANT**

### ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 20) filed in this case on September 5, 2025, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and pursuant to preservice screening under 28 U.S.C. § 1915A, all of Plaintiff's claims seeking relief from his incarceration are **DISMISSED** and his Fourth Amendment unreasonable search and seizure claim will proceed for service by separate Order. This case remains referred to the Magistrate Judge.

**IT IS SO ORDERED** on this 2nd day of October, 2025.

                                                     */s/ Timothy L. Brooks*
                                                     TIMOTHY L. BROOKS
                                                     CHIEF UNITED STATES DISTRICT JUDGE