**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**ZERAHZHE AUTHENTIC TATE** **PLAINTIFF**

**V.** **CASE NO. 5:24-CV-5093**

**JOSH JACKSON** **DEFENDANT**

**ORDER**

Comes on for consideration the Report and Recommendation (Doc. 42) filed in this case on August 25, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, **IT IS ORDERED** that Defendant's Motion to Dismiss (Doc. 36) is **GRANTED** and Plaintiff's Second Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 14th day of September, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE