**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**ZERAHZHE AUTHENTIC TATE** **PLAINTIFF**

**V.** **CASE NO. 5:24-CV-5093**

**JOSH JACKSON** **DEFENDANT**

**ORDER**

On August 25, 2026, the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, issued a Report and Recommendation ("R&R") (Doc. 42). He recommends in a carefully reasoned fifteen-page opinion that Defendant Josh Jackson's Motion to Dismiss (Doc. 36) be granted and the case dismissed without prejudice for failure to state a claim. On September 29, 2026, Plaintiff Zerahzhe Authentic Tate filed an Objection to the R&R (Doc. 47). Having reviewed the case de novo, the Court finds the Objection requires no response because it fails to engage with the Magistrate Judge's reasoning in any respect. *See* 28 U.S.C. § 636(b)(1)(C). The Court agrees with the Magistrate Judge's reasoning and recommended disposition of the case.

**IT IS THEREFORE ORDERED** that the Objection is **OVERRULED** and the R&R is **ADOPTED IN FULL**. Defendant's Motion to Dismiss (Doc. 36) is **GRANTED** pursuant to Federal Rule of Civil Procedure 12(b)(6), and the case is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

**IT IS SO ORDERED** on this 30th day of September, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE